No. D–1873. IN RE DISBARMENT OF GRZYBEK. John E. Grzybek, of St. Paul, Minn., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–1874. IN RE DISBARMENT OF FRUITBINE. Daniel Richard Fruitbine, of New York, N. Y., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–1875. IN RE DISBARMENT OF FELTON. John F. Felton, of New York, N. Y., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. M–26. TREUTELAAR v. WISCONSIN. Motion for leave to proceed in forma pauperis without an affidavit of indigency executed by petitioner denied.

No. 96–568. ONCALE v. SUNDOWNER OFFSHORE SERVICES, INC., ET AL. C. A. 5th Cir. [Certiorari granted, 520 U. S. 1263.] Motion of the Solicitor General for leave to participate in oral argument as amicus curiae and for divided argument granted to be divided as follows: petitioner, 20 minutes; the Solicitor General, 10 minutes.

No. 96–1569. BOGAN ET AL. v. SCOTT-HARRIS. C. A. 1st Cir. [Certiorari granted, 520 U. S. 1263.] Motion of Westboro Baptist Church for leave to file a brief as amicus curiae out of time denied.

No. 96–1578. PHILLIPS ET AL. v. WASHINGTON LEGAL FOUNDATION ET AL. C. A. 5th Cir. [Certiorari granted, 521 U. S. 1117.] Motion of respondents for divided argument denied.

No. 96–1923. COHEN v. DE LA CRUZ ET AL. C. A. 3d Cir. [Certiorari granted, 521 U. S. 1152.] Motion of petitioner Edward Cohen to dispense with printing the joint appendix granted.